HAVEN P. PAGE, Respondent, *v.* CHARLES H. PAYNE, Appellant.

Submitted November 17, 1941; decided November 27, 1941.

*George Gordon Battle* for motion.
*Charles J. Herson* opposed.
Motion denied, without costs.